IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00157-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EJAZ SHAREEF (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release, (Doc. No. 221), and the government's response in opposition, (Doc. No. 224). However, the defendant was released from custody in March 2022. See https://www.bop.gov/inmateloc.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 221), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: May 23, 2023

Robert J. Conrad, Jr.
United States District Judge